No. 388. EMMA THOMAS ET AL., PLAINTIFFS IN ERROR, v.

JOSEPH P. BLAIR ET AL, In error to the Supreme Court of the State of Louisiana. Motions to dismiss or affirm submitted January 30, 1905. Decided February 20, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Marrow* v. *Brinkley,* 129 U. S. 178; *Israel* v. *Arthur,* 152 U. S. 355, 362; *Central Land Company* v. *Laidley,* 159 U. S. 103, 112; *Harrison* v. *Morton,* 171 U. S. 38; *Pierce* v. *Somerset Railway,* 171 U. S. 641. *Mr. George Denegre* and *Mr. Charles Payne Fenner* in support of motions. *Mr. John G. Johnson, Mr. Elihu Root, Mr. Henry L. Lazarus* and *Mr. Henry Denis* opposing.